## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVSION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | Case No. 2:14CR127(1) |
| vs. | : | **JUDGE MARBLEY** |
| **ROBERT LEDBETTER,** | : | |
| Defendant. | : | |

### DEFENDANT, ROBERT LEDBETTER'S, MOTION TO EXTEND FILING OF THE SENTENCING MEMORANDUM

Now comes the Defendant, Robert Ledbetter, seeking an order to extend the filing of Defendant's Sentencing Memorandum, which otherwise had been due on January 18, 2017, as supported by the enclosed memorandum.

Respectfully Submitted,

*/S/ Aaron G. Durden* 
Aaron G. Durden, #0039862
Durden Law, L.P.A., LLC.
10 West Monument Avenue
Dayton, Ohio 45402
(937) 461-9400
agdlawyer@aol.com
Co-Counsel for Robert Ledbetter

*/s/ Jeffrey A. Berndt* 
Jeffrey A. Berndt, #0005172
575 South High Street
Columbus, Ohio 43215
(614) 280-3900
jberndt84@yahoo.com
Lead Counsel for Robert Ledbetter

## MEMORANDUM

The Court on January 11, 2017, issued an order setting forth a briefing schedule for counsels to submit their sentencing memoranda within one week as of said notice. Defendant Ledbetter's sentencing hearing is scheduled for March 17, 2017, at 10:30 a.m. Inasmuch as the hearing is approximately two months from this date, Defendant Ledbetter requests additional time to adequately prepare his sentencing memorandum under 18 U.S.C. §3553(a). Defendant anticipates filing the memorandum on or before February 15, 2017.

**WHEREFORE,** Defendant Ledbetter requests the Court grant an extension to file his sentencing memorandum on or before February 15, 2017, based upon the foregoing reason the hearing is scheduled approximately two months from this date.

 /S/ Aaron G. Durden
Aaron G. Durden, Esq.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorneys, David DeVillers, Esq., and Kevin Kelly, Esq., on the 19th day of January, 2017, by electronic mail.


 /S/ Aaron G. Durden
Aaron G. Durden, Esq.