# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

ROBERT D. LEDBETTER,

    Defendant.

Case Nos. 2:14-cr-127, 2:15-cr-80
Civil Case Nos. 2:20-cv-5733, 2:21-cv-1120

Chief Judge Algenon L. Marbley
Magistrate Judge Michael R. Merz

## RECOMMITAL ORDER

This case is before the Court on Defendant's Objections (ECF No. 1781) to the Magistrate Judge's Report and Recommendations (ECF No. 1778).

The Chief Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

June 21, 2022.

Algenon L. Marbley
United States Chief Judge